UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG LEGGON, JR,

    Plaintiff,

v.                                              Case No. 3:20cv5539-LC-HTC

ANTHONY S. WILEY,
T. E. A. BEERS,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 18, 2021 (ECF No. 56).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF Doc. 56) is adopted and incorporated by reference in this order.

2. The Defendants' Motion for Summary Judgment, ECF Doc. 47, is GRANTED.

3. The Clerk is directed to enter final judgment on all claims in favor of Defendants Beers and Wiley.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of September, 2021.

        s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5539-LC-HTC